| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Wesley, Richard C. | 2. Court or Organization<br><br>U.S. Court of Appeals, 2nd Circuit | 3. Date of Report<br><br>03/20/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Active, U.S. Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>Livingston County Government Center<br>6 Court Street<br>Geneseo, New York 14454 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | Member | Cornell Law School Advisory Council |
| 3. | Board of Directors | Livingston Country Club |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2003 | New York State Employees Retirement System: Pension upon retirement at 55. |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wesley, Richard C. | 03/20/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | New York State Employees Retirement System | $55,118.53 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Livonia Central School (Salary) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Goverment | 01/04/2012 to 01/06/12 | Phoenix, AZ | Rules Committee Meeting | Room, meals and transportation |
| 2. | Privately Funded Peter Jennings Project | 03/20/2012 to 03/21/2013 | Philadelphia, PA | Educational Program | Room, meals and transportation |
| 3. | Federal Government | 04/02/2012 to 04/03/2012 | Dallas, TX | Rules Committee Meeting | Room, meals and transportation |
| 4. | Federal Government | 05/03/2012 to 05/04/2012 | Buffalo, NY | Circuit Representative at courthouse opening | Mileage, room, tolls |
| 5. | Federal Government | 06/04/2012 to 06/08/2012 | New Palz, NY | U.S. Judicial Conference | Mileage, room, tolls, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Wesley, Richard C. | 03/20/2013 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Federal Government | 06/10/2012 to 06/12/2012 | Washington, DC | Rules Committee Meeting | Transportation, room, meals |
| 7. | U.S. Attorney's Office | 09/19/2012 to 09/20/2012 | Lake Placid, NY | Educational Program for U.S. Attorneys | Transportation, mileage, tolls, room, meal |
| 8. | Federal Government | 10/04/2012 to 10/05/2012 | Charleston, SC | Rules Committee Meeting | Transportation, room, meals |
| 9. | NYS Bar Association | 10/10/2012 to 10/10/2012 | Syracuse, NY | Educational Program for the NYS Bar Assocation | Mileage, tolls |

| Name of Person Reporting | Date of Report |
|---|---|
| Wesley, Richard C. | 03/20/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wesley, Richard C. | 03/20/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Key Bank | A | Int./Div. | L | T | | | | | |
| 2. Trust I - Chevy Chase Bank Account | A | Int./Div. | J | T | | | | | |
| 3. Trust II - Chevy Chase Bank Accuont | A | Int./Div. | J | T | | | | | |
| 4. NWML Balanced Funds IRA | A | Dividend | J | T | | | | | |
| 5. Northwestern Mutual Life (Whole Life) | C | Dividend | M | T | | | | | |
| 6. Northwestern Mutual Life (Whole Life) | B | Dividend | K | T | | | | | |
| 7. Northwestern Mutual Life (Whole Life) | C | Dividend | K | T | | | | | |
| 8. Northwestern Mutual Life (Whole Life) | B | Dividend | K | T | | | | | |
| 9. Northwestern Mutual Life (Whole Life) | B | Dividend | K | T | | | | | |
| 10. Northwestern Mutual Life (Whole Life) | B | Dividend | J | T | | | | | |
| 11. Assanti Capital Management, Inc., (IRA) Cash | A | Int./Div. | J | T | | | | | |
| 12. DFA International Small Company Fund | D | Dividend | K | T | | | | | |
| 13. DFA Emerging Markets Fund | D | Dividend | K | T | | | | | |
| 14. DFA Large Company Fund | D | Dividend | L | T | | | | | |
| 15. DFA Large Cap Value Fund | D | Dividend | L | T | | | | | |
| 16. DFA Real Estate Securities Fund | B | Dividend | K | T | | | | | |
| 17. DFA US Small Cap Fund | D | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wesley, Richard C. | 03/20/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. DFA Five Year Global Fixed Income Fund | B | Dividend | K | T | | | | | |
| 19. DFA International Value Fund | E | Dividend | M | T | | | | | |
| 20. AAM.DFA Two Year Government Portfolio | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wesley, Richard C. | 03/20/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1.  Part I - Positions:
Trust I
Trust II - I am the Trustee for both Trusts

| Name of Person Reporting | Date of Report |
|---|---|
| Wesley, Richard C. | 03/20/2013 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Richard C. Wesley**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544